951 A.2d 261

**James ANDERSON, Petitioner**

v.

**COURT OF COMMON PLEAS, PHILADELPHIA COUNTY, Penna., Respondent.**

**No. 3 EM 2008.**

Supreme Court of Pennsylvania.

June 24, 2008.

## *ORDER*

Petition for Writ of Mandamus and/or Extraordinary Relief

PER CURIAM.

**AND NOW,** this 24th day of June, 2008, Application for Leave to File Original Process is **GRANTED.** The Petition for Writ of Mandamus and/or Extraordinary Relief, the Motion to Seek Leave of the Court to Supplement the Record and

230

the Collateral Appeals Motion for Bail for Petitioner are **DENIED.**